UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COLLEEN P. MOYLE,**

    **Plaintiff,**

                          CASE NO:

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, COLLEEN P. MOYLE, by and through the undersigned counsel, sues Defendant, UNITED STATES OF AMERICA, and alleges as follows:

## INTRODUCTION

1. This is a claim for damages that exceed Seventy-Five Thousand Dollars ($75,000.00).

2. That the claim against the Unites States of America is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 - §2680, §1346(b), §2401(b) and §1402(b).

3. All conditions precedent and prerequisites to filing suit have been met pursuant to the Federal Tort Claims Act, 28 U.S.C. §2675. Plaintiff has provided proper notice to Defendant, United States of America. A copy of Plaintiff's Claim for Damage, Injury or Death (Form SF 95) is attached as Exhibit "A" to this

Complaint. The Defendant failed to make final disposition of the claim within six months, and it is deemed a final denial of the claim.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. §1346(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

5. Assignment to the Tampa Division of this Court is proper because all of the events giving rise to Plaintiff's claims occurred in Hillsborough County.

## NATURE OF THIS ACTION

6. On or about April 6, 2024, Defendant, United States of America, owned a United States Postal Service motor vehicle that was operated with consent by its employee, Reynaldo Feliciano Pinero.

7. Reynaldo Feliciano Pinero was in the course and scope of his employment with the United States Postal Service and was operating the vehicle north on U.S. 301 near the intersection with Stebbins Avenue, Tampa, Hillsborough County, Florida.

8. At that time and place, Reynaldo Feliciano Pinero negligently and/or carelessly operated the United States Postal Service vehicle he was driving so that it collided with Plaintiff's vehicle.

9. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE** Plaintiff, Colleen P. Moyle, demands judgment against the Defendant, the United States of America, in excess of Seventy-Five Thousand Dollars ($75,000.00) and requests a trial.

DATED this 30th day of December 2025.

> */s/ John D. McBride*
> John D. McBride
> Florida Bar No.: 0096451
> Morgan & Morgan, Tampa, P.A.
> 10810 County Line Road
> Hudson, FL 34667
> Telephone: (727) 619-0826
> Facsimile: (727) 619-0874
> jdmpleadings@ForThePeople.com
> chynathomas@ForThePeople.com
> andrea.orozco@ForThePeople.com
> *Attorney for Plaintiff*